UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN JAY DIXON,<br><br>Petitioner,<br><br>v.<br><br>D. ASUNCION, WARDEN,<br><br>Respondent. | NO. CV 16-4460-VAP (AGR)<br><br><br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: October 17, 2016

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge